

AO 91 (Rev. 11/11)  Criminal Complaint

DEC 0 5 2024
**CLERK OF THE COURT**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**SEALED**

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 24-mj-3157 |
| Jacob Sterr | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 25, 2024  in the county of  Sangamon  in the
Central District of  Illinois , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 871<br>18 U.S.C. § 879 | threats against the President and Successors to the Presidency, and threats against former presidents and certain other persons protected by the United States Secret Service in violation of 18 U.S.C. § 879 |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

Redacted
*Complainant's signature*

Timothy Zajicek, USSS TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 5, 2024

City and state: Springfield, Illinois

s/ Karen L. McNaught
*Judge's signature*

Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24-mj-3157 |
| v. ) | |
| ) | Filed Under Seal |
| ) | |
| JACOB E. STERR ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF COMPLAINT AND REQUEST FOR ARREST WARRANT

I, Task Force Officer Timothy Zajicek, being duly sworn on oath, depose and state as follows:

1. I am a Task Force Officer (TFO) with the United States Secret Service (USSS) and have been since April 2021. I have been a police officer for approximately 19 years. I am presently employed by the Springfield, Illinois Police Department where I am a Detective assigned to the Criminal Investigations Division. I am responsible for investigating a wide range of criminal acts including robbery, armed robbery, homicide, battery, child abuse, sex offenses, missing person(s), and other related serious criminal offenses. I have a Bachelor of Arts in Administration of Justice from Southern Illinois University-Carbondale, and graduated from the University of Illinois- Police

Training Institute. I have received training at the USSS- National Computer Forensic Institute (NCFI) in Hoover, Alabama, for cyber and electronic crime forensics. I have attended training courses for lead homicide investigator, advanced homicide investigation, interview and interrogation, narcotics investigation, report writing, surveillance, fraud investigation, cell phone technology and mapping, Cellebrite Certified Operator and electronic evidence collection. As a sworn police officer in the state of Illinois and a Task Force Officer with the USSS, I am authorized to make arrests for any offense against the United States committed in my presence or for any felony recognizable under the laws of the United States and state of Illinois, in accordance with 18 U.S.C. § 3056.

3. My assigned duties include the investigation of federal criminal offenses pertaining to crimes against children as well as threats directed toward current and former protectees of the United States Secret Service. This includes threats against the President and successors of the Presidency in violation of 18 U.S.C. § 871 as well as threats against former Presidents and certain other persons protected by the United States Secret Service covered by 18 U.S.C. § 879, and related crimes.

4. This affidavit is made in support of a criminal complaint charging Jacob E. Sterr (hereinafter "STERR"), born in the year 1988, with threats against

2

the President and Successors to the Presidency in violation of 18 U.S.C. § 871, and threats against former presidents and certain other persons protected by the United States Secret Service in violation of 18 U.S.C. § 879. A warrant for the arrest of STERR is requested.

5. I am familiar with the following facts both from my work on this investigation, my training and experience, and from information learned from other law enforcement professionals. The following is a summary and not a complete rendition of all facts relevant to the investigation. If called to testify, I would testify as follows:

6. On or about November 25, 2024, the United States Secret Service Protective Intelligence and Assessment Division/Open Source Branch(USSS/PID/OSB) notified the United States Secret Service Protective Intelligence Operations Center (USSS/PID/PIOC) that X/Twitter[1] user Jacob Sterr/@SterrILOVEYOUA posted the following post on November 25, 2024:



https://x.com/SterrILOVEYOUA/status/1861179634869473639

---

[1] X is an internet based social media platform which allows users to communicate either by writing "tweets" which may be made public or by direct message. X is the new name for Twitter. Posts on X are also called tweets.

3

The account @AliMayorkas belongs to the Secretary of Homeland Security Alejandro Mayorkas. The position of Secretary of Homeland Security is 16th in the line of succession to the Presidency. An additional post by STERR on November 25 read:



https://x.com/SterrILOVEYOUA/status/1861193425766294013

The account @POTUS44 is the account of former President Barrack Obama. Also on November 25, STERR posted the following:



@FLOTUS is the account for First Lady Dr. Jill Biden. @JoeBiden refers to an account for President Joseph R. Biden Jr.

7. In addition to these posts on November 25, 2024, STERR also "broadcast" from his account or streamed video of himself.



During the broadcast, STERR said. "This one is for Alejandro Mayorkas. Mayorkas, I'm going to have you fucking killed."

8. Having viewed STERR in person, I am able to identify STERR as the subject in the video broadcast by the account Jacob Sterr/@SterrILOVEYOUA account who threatens Secretary Mayorkas. FBI Task Force Officer Joseph Womble, also is also familiar with STERR, identified the account and person as being STERR. I am aware that STERR resides in Springfield, Illinois.

5

9. Based upon the above information, there is probable cause to believe that Jacob E. STERR has committed the crimes of threats against the President and successors to the Presidency in violation of 18 U.S.C. § 871, and threats against former Presidents and certain other persons protected by the United States Secret Service in violation of 18 U.S.C. § 879.

REQUEST FOR SEALING

10. I further request that the Court order that all documents in support of this application, including the affidavit and complaint, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the safety of officers.



Redacted
_____
Timothy Zajicek, Task Force Officer
United States Secret Service

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed. R. Crim. P. 41 on this 5th day of December, 2024

s/ Karen L. McNaught
_____
KAREN L. MCNAUGHT
UNITED STATES MAGISTRATE JUDGE